# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 17, 2010

Lyle W. Cayce
Clerk

No. 10-30083
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CHARLES LAMONT MASON, JR.,

Defendant-Appellant

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:09-CR-21-1

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Charles Lamont Mason, Jr. presents arguments that he concedes are foreclosed by *United States v. Whaley*, 577 F.3d 254, 258-61 (5th Cir. 2009), in which this court rejected constitutional challenges to the Sex Offender Registration and Notification Act. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.